# UNITED STATES DISTRICT COURT
### for the
Eastern District of New York

|  |  |  |
|---|---|---|
| ANNETTE LEE, | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) ) | Civil Action No.  2:26-cv-03244-SIL |
| NORTHWELL HEALTH, INC., FEINSTEIN INSTITUTES FOR MEDICAL RESEARCH, and ELMEZZI GRADUATE SCHOOL OF MOLECULAR MEDICINE, | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## AMENDED SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Northwell Health, Inc.
130 East 59th Street, 11th Floor
New York, NY  10022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Andrea Paparella
Law Office of Andrea Paparella, PLLC
134 W. 29th Street, Suite 1001
New York, NY 10001-5304

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: ___6/2/2026___



/S/ *Elizabeth Kepford*
_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

|  |  |  |
|---|---|---|
| ANNETTE LEE, | ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | Civil Action No. 2:26-cv-03244-SIL |
| v. | ) ) | |
| NORTHWELL HEALTH, INC., FEINSTEIN INSTITUTES FOR MEDICAL RESEARCH, and ELMEZZI GRADUATE SCHOOL OF MOLECULAR MEDICINE, | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Elmezzi Graduate School of Molecular Medicine
350 Community Drive
Manhasset, NY 11030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Andrea Paparella
Law Office of Andrea Paparella, PLLC
134 W. 29th Street, Suite 1001
New York, NY 10001-5304

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _6/2/2026_



_/S/ Elizabeth Kepford_

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

<table>
<tr><td>

ANNETTE LEE,

*Plaintiff(s)*

v.

NORTHWELL HEALTH, INC., FEINSTEIN
INSTITUTES FOR MEDICAL RESEARCH, and
ELMEZZI GRADUATE SCHOOL OF MOLECULAR
MEDICINE,

*Defendant(s)*
</td><td>
)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)
</td><td>

Civil Action No.  2:26-cv-03244-SIL
</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Feinstein Institutes for Medical Research
350 Community Drive
Manhasset, NY 11030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Andrea Paparella
Law Office of Andrea Paparella, PLLC
134 W. 29th Street, Suite 1001
New York, NY 10001-5304

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: ___6/2/2026___



/S/ *Elizabeth Kepford*
_____
*Signature of Clerk or Deputy Clerk*