Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4030
(212) 545-4022
(212) 972-3213 Fax
Jennifer.Courtian@jacksonlewis.com

August 31, 2026

**VIA ECF**

Honorable Steven I. Locke
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 820
Central Islip, NY 11722

**Re: Lee v. Northwell Health, Inc., et al.**
**Case No. 26-cv-03244-SIL**

Dear Judge Locke:

We represent Defendants Northwell Health, Inc., Feinstein Institutes for Medical Research, and Elmezzi Graduate School of Molecular Medicine (collectively, "Defendants") in the above-referenced matter. Pursuant to Section 4 of Administrative Order No. 2025-14 (the "Administrative Order"), we write to request that a District Judge be assigned to preside over this matter.

Defendants intend to move to dismiss Plaintiff's Amended Complaint in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP") and, at present, the parties have not all consented to Your Honor's jurisdiction. Pursuant to the Administrative Order, this letter constitutes Defendants' required submission under FRCP 12.

We appreciate the Court's consideration of this request.

Respectfully submitted,

JACKSON LEWIS P.C.

By: ______________________
Jennifer B. Courtian
Alexander Deutsch

cc: All Counsel of Record (via ECF)