# CIVIL CAUSE FOR PRE-MOTION CONFERENCE (Tel)

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 11/10/2026 **(CI)** TIME: 10:00 AM TIME IN COURT: 10 min.

FILED
CLERK
11/10/2026 11:23 am
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

CASE: **Lee v. Northwell Health, Inc.**
**2:26-cv-03244-JMA-SIL**

APPEARANCES: Plaintiff: Andrea Paparella

Defendant: Jennifer Courtian, Alexander Deutsch

FTR: CISCO

☒ Case called.
☒ Counsel present for all sides.
☐ Briefing schedule set for motion:
  Moving papers to be served by:
  Response:
  Reply:
  - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.

☐ Case to be referred to the Magistrate Judge for
☐ Jury selection and trial is scheduled for
☐ A further telephone status conference is set for before Judge Joan M. Azrack. Counsel shall dial 571-353-2301 and enter access code 279933568 at the prompt.
☒ Other: The Court's suggestions set forth on the record. Parties to advise the Court how they wish to proceed and/or file a proposed briefing schedule by 11/20/2026.